JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA SEPKO, an individual,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>NATIONSTAR MORTGAGE, LLC, a Texas limited liability company; and DOES 1-20, inclusive,<br><br>　　　Defendants. | Case No.: 8:15-cv-00788-JVS (DFMx)<br><br>**ORDER ON STIPULATION OF THE PARTIES TO REMAND THE ACTION TO STATE COURT** |

　　　Pursuant to the Stipulation of the Parties to Remand Action To State Court (the "Stipulation") filed by Plaintiff LINDA SEPKO and Defendant NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company, by and through their respective counsel, and finding good cause appearing, the Court makes the following order:

1 **IT IS ORDERED, ADJUDGED, AND DECREED** that the Action, case number
2 Case No: 8:15-cv-00788-JVS (DFMx), is REMANDED to the Orange County Superior
3 Court.

6 Dated: July 21, 2015

  _____
  Honorable James V. Selna
  U.S. District Court Judge

[PROPOSED] ORDER ON STIPULATION OF THE PARTIES
TO REMAND THE ACTION TO STATE COURT